JEFFREY A. SIMES (*Pro Hac Vice forthcoming*)
*JSmes@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. +1 212 813 8800
Fax: +1 212 355 3333

NICOLE L. CHESSARI (SBN 259970)
*NChessari@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel. +1 650 752 3100
Fax: +1 650 853 1038

*Additional Counsel Listed in Signature Block*

Attorneys for Defendant
SS&C TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 4:24-cv-05064-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:　　Mag. Judge Donna M. Ryu<br>Trial Date: Not Set<br>Date Action Filed:　August 12, 2024 |

1. Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiff Actian Corporation ("Plaintiff") and Defendant SS&C Technologies, Inc. ("Defendant," collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate with respect to Defendant's time to respond to a complaint filed by Plaintiff against Defendant in the above-captioned action at ECF #1 (the "Complaint"), as follows:

WHEREAS, on August 12, 2024, Plaintiff filed the Complaint against Defendant;

WHEREAS, on September 23, 2024, Plaintiff served Defendant with a copy of the summons and Complaint, and accordingly, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the Complaint is due to be filed and served on or before October 15, 2024;

WHEREAS, Defendant requested additional time to respond to the Complaint, to which Plaintiff has agreed;

WHEREAS, the requested extension will not affect any of the pre-trial dates set in this case, including through the Order Setting Initial Case Management Conference and ADR Deadlines (ECF #6);

WHEREAS, the Parties have not previously requested any extensions, the Parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled a trial date; and

WHEREAS, no party will be prejudiced by the stipulated-to extension.

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendant shall respond to the Complaint on or before October 29, 2024;

2. This Stipulation is entered into without prejudice to any party seeking any interim relief; and

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendant's rights or positions in law or equity, or as a waiver of any defenses, except as to sufficiency of service of process, that Defendant would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

Dated: September 30, 2024                    Respectfully submitted,

By: /s/ Nicole L. Chessari
JEFFREY A. SIMES
JSimes@goodwinlaw.com
NICOLE L. CHESSARI
NChessari@goodwinlaw.com
FARAZ BEHNAMJOU
FBehnamjou@goodwinlaw.com
NICHOLAS C. WILEY
NWiley@goodwinlaw.com
**GOODWIN PROCTER LLP**

Attorneys for Defendant
SS&C TECHNOLOGIES, INC.

Dated: September 30, 2024                    Respectfully submitted,

By: /s/ Ryan E. Hatch
RYAN E. HATCH
Ryan@hatchlaw.com
**HATCH LAW, PC**

By: /s/ Alan D. Sege
ALAN D. SEGE
Alan@alansege.com
**ALAN SEGE. ESQ. PC**

Attorneys for Plaintiff
ACTIAN CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated  10/3/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge