ALAN SEGE (CA Bar No. 177350)
**ALAN SEGE ESQ., PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Telephone: (310) 957-3301
alan@alansege.com

RYAN E. HATCH (CA Bar No. 235577)
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com

*Attorneys for Plaintiff Actian Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTIAN CORPORATION<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.<br><br>　　　　　　Defendant. | Case No. 4:24-cv-05064-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION AND REPLY TO MOTION TO DISMISS**<br><br>Assigned Judge: Haywood S. Gilliam, Jr.<br>Dept: Oakland, Courtroom 2<br>Trial Date: None Set<br>Date Action Filed: August 12, 2024 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b) and 6-2, Plaintiff Actian Corporation ("Actian") and Defendant SS&C Technologies, Inc. ("SS&C Tech") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on August 12, 2024, Actian filed a Complaint against SS&C Tech (Dkt. # 1).

WHEREAS, on October 29, 2024, SS&C Tech filed a Motion to Dismiss Actian's Complaint (Dkt. #25).

WHEREAS, Actian's initial deadline to respond to the Motion to Dismiss is November 12, 2024;

WHEREAS, the Motion to Dismiss raises multiple grounds for dismissal, some of which Actian contends are factually-intensive, and Plaintiff believes it needs more time to prepare its response to the Motion to Dismiss than provided under applicable rules;

WHEREAS, for those reasons SS&C Tech agreed to extend Plaintiff Actian's deadline to respond to Defendant SS&C Tech's Motion to Dismiss by thirty (30) days, up to and including December 12, 2024, and Actian agreed to extend SS&C Tech's deadline to file a reply until January 3, 2025;

WHEREAS, the Parties previously stipulated to an extension of Defendant's time to respond to the complaint and have sought no other time modifications in this case;

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay, and the requested time modification will have no effect on the schedule for the case; and

WHEREAS, this stipulation is made in good faith, is not for the purposes of delay, and no party will be prejudiced by the stipulated-to extension.

THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiff Actian's new deadline to respond to Defendant SS&C Tech's Motion to Dismiss is December 12, 2024;

2. SS&C Tech's deadline to submit its reply brief in connection with its Motion to

Dismiss is January 3, 2025; and

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendant's rights or positions in law or equity, or as a waiver of any defenses that Defendant would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

Dated: November 7, 2024     By:   /s/ *Ryan E. Hatch*

Ryan E. Hatch
**HATCH LAW PC**
13323 Washington Blvd., Ste. 302
Los Angeles, CA 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com

*Attorney for Plaintiff Actian Corporation*

Dated: November 7, 2024     By:   /s/ *Nicole L. Chessari*

NICOLE L. CHESSARI (SBN 259970)
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel. +1 650 752 3100
Fax: +1 650 853 1038
NChessari@goodwinlaw.com

JEFFREY A. SIMES (Pro Hac Vice)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. +1 212 813 8800
Fax: +1 212 355 3333
JSimes@goodwinlaw.com

FARAZ BEHNAMJOU (SBN)
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel. +1 213 426 2653
Fax: +1 213 402 3127
FBehnamjou@goodwinlaw.com

NICHOLAS C. WILEY (SBN 351161)
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800

San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041
NWiley@goodwinlaw.com
*Attorneys for Defendant SS&C Technologies, Inc.*

**ATTESTATION OF SIGNATURE**

I, Ryan E. Hatch, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the Defendant.

By:   /s/ *Ryan E. Hatch*
           Ryan E. Hatch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/8/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR
United States District Court Judge