NICOLE L. CHESSARI (SBN 259970)
NChessari@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel. +1 650 752 3100
Fax: +1 650 853 1038

JEFFREY A. SIMES (Pro Hac Vice)
JSimes@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. +1 212 813 8800
Fax: +1 212 355 3333

*Additional Counsel Listed in Signature Block*

Attorneys for Defendant
SS&C TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:24-cv-05064-HSG<br><br>**SS&C TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Trial Date: TBD<br>Complaint Filed:   August 12, 2024<br><br>Filed/Lodged Concurrently with:<br>  1. Declaration of N. Chessari<br>  2. Proposed Order |

Defendant SS&C Technologies, Inc. ("SS&C Tech" or "Defendant") respectfully submits this administrative motion (the "Administrative Motion"), pursuant to Civil Local Rule 7-11 of the U.S. District Court for the Northern District of California, for the entry of an order authorizing SS&C Tech to supplement the record in support of its Motion to Dismiss, filed on October 29, 2024. *See* ECF No. 25. SS&C Tech seeks to supplement the record with a "Declaration of Heather Bradberry" filed by Plaintiff, Actian Corporation ("Actian" or "Plaintiff") on July 1, 2019, in a different lawsuit captioned *Actian v. Green Shield Canada*, filed in the United States District Court Western District of Texas Austin Division, Case No. 1:19-CV-0522-LY (the "Bradberry Declaration").

SS&C Tech had no knowledge of the existence of the Bradberry Declaration when it filed its Motion to Dismiss on October 29, 2024, *see* ECF No. 25, as the Undersigned Counsel for SS&C Tech, Nicole L. Chessari, discovered the Bradberry Declaration over two weeks later on November 13, 2024. *See* Declaration of Nicole L. Chessari In Support Of SS&C Tech's Administrative Motion ("Chessari Decl.") at ¶ 3, Ex. A. In the Bradberry Declaration, Actian touts its connections with Texas to support its argument that jurisdiction in Texas was proper in that case. *See id.* at ¶¶ 4–5 (explaining relevance of Bradberry Declaration). Such information is highly relevant to SS&C Tech's Motion to Dismiss because SS&C Tech contends that Texas or New York are more appropriate forums than California to litigate this dispute. *See* ECF No. 25 at pp. 7-8, 11-12.

Actian will not be prejudiced by the granting of this Administrative Motion as Actian has until December 12, 2024 to file its Opposition to SS&C Tech's Motion to Dismiss. Further, on November 19, 2024, SS&C Tech notified Actian of its desire to supplement the record with the Bradberry Declaration; SS&C Tech sent the Bradberry Declaration to Actian when it unsuccessfully sought a stipulation to supplement the record, pursuant to California Civil Local Rule 7-11(a) and 7-12. *See* Chessari Decl. at ¶ 6.

THEREFORE, SS&C Tech respectfully requests the Court to grant the Administrative Motion, and thereby consider the Bradberry Declaration in ruling on SS&C Tech's pending

1  Motion to Dismiss.

Dated: November 27, 2024

Respectfully submitted,

By: */s/ Nicole L. Chessari*
JEFFREY A. SIMES
*JSimes@goodwinlaw.com*
NICOLE L. CHESSARI
*NChessari@goodwinlaw.com*
FARAZ BEHNAMJOU
*FBehnamjou@goodwinlaw.com*
NICHOLAS C. WILEY
*NWiley@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
SS&C TECHNOLOGIES, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 27, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2024.

/s/ *Nicole L. Chessari*
Nicole L. Chessari